IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV414-148 |
| | ) | |
| JACOB S. GAIK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Motion to Allow Personal Service by the United States Marshals Service filed by the Plaintiff, United States of America. For good cause shown, it is hereby

ORDERED that the United States Marshals shall personally serve the Defendant at his home address and pursuant to the instructions set forth by the Plaintiff's USM-285 form, and it is further ORDERED that the United States Attorney's Office submit to the Clerk of Court the materials that are to be served within one (1) business day of the signing of this order.

SO ORDERED this 30th day of October, 2014.

_____
HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA