FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 JAN 12 AM 11:35
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CASE NO. CV414-148
)
JACOB S. GAIK, )
)
Defendant. )

## ORDER

Before the Court is Plaintiff's Notice of Dismissal. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE** as requested by Plaintiff. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of January 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA